# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 4:25-CV-00797-JCB

Plaintiff:
**AUDRA EDWARDS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**SALLY BEAUTY SUPPLY LLC**

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 25th day of July, 2025 at 1:28 pm to be served on **SALLY BEAUTY SUPPLY LLC C/O CORPORATE CREATIONS NETWORK INC., 5444 WESTHEIMER #1000, HOUSTON, TX 77056.**

I, Amy Bermudez, do hereby affirm that on the **29th day of July, 2025 at 1:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **CLARA JASTREMENSKI** as **INTAKE SPECIALIST** for **SALLY BEAUTY SUPPLY LLC C/O CORPORATE CREATIONS NETWORK INC.**, at the address of: **5444 WESTHEIMER #1000, HOUSTON, TX 77056,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Brown, Glasses: Y

I Certify that I am over the age of eighteen, and that I have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which service was made. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true. Notary not required pursuant to Fla. Stat. § 92.525(2)

Amy Bermudez
Psc 23324 Exp 10/31/25

Global Process Services Corp
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2025004292
Ref: EL

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| AUDRA EDWARDS, individually and on behalf of all others similarly situated | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   4:25-cv-00797 |
| v. | ) | |
| SALLY BEAUTY SUPPLY LLC., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SALLY BEAUTY SUPPLY LLC.
c/o Corporate Creations Network Inc.
5444 WESTHEIMER #1000
HOUSTON, TX 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Shamis & Gentile, P.A.
      Andrew Shamis, Esq.
      14 NE 1st Ave., Suite 705
      Miami, FL 33132
      Telephone: 305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   7/25/2025

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*