UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUDRA EDWARDS, individually and on behalf of
all others similarly situated,

   *Plaintiff*,

vs.

SALLY BEAUTY SUPPLY LLC.,

   *Defendant*.
_____/

Case No. 4:2025-cv-00797

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Audra Edwards, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), do hereby dismiss this action as follows:

1. All claims of the Plaintiff, Audra Edwards, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 7, 2025

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

      By:    */s/ Andrew J. Shamis*
                 Andrew J. Shamis, Esq.

                 *Counsel for Plaintiff*